IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THOMAS C. WILSON,<br><br>               Plaintiff,<br><br>v.<br><br>SALLY A. CHICKERING et al.,<br><br>               Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:17-CV-1297-RJS<br><br>District Judge Robert J. Shelby |

      Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not obeyed the Court's January 3, 2018, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3] Indeed, the Court has not heard from Plaintiff since he filed his complaint. Thus, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

      DATED this 2nd day of April, 2018.

                              BY THE COURT:

                              JUDGE ROBERT J. SHELBY
                              United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2018).
[2] *See* 28 *id.* § 1915.
[3] *See id.* § 1915(a)(2).